No. 24-1512

In the
United States Court of Appeals for the Fourth Circuit

**NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE; NC ACTION,**

*Plaintiffs-Appellees,*

v.

**NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,**

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Middle District of North Carolina, Loretta C. Biggs, District Judge
No. 1:20-cv-00876-LCB-JLW

**CONSENT JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT APPENDIX AND OPENING BRIEF**

JOSHUA H. STEIN
Attorney General

Terence Steed*
Mary Carla Babb*
Special Deputy Attorneys General

North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel of Record for State Board Defendants-Appellants*

JOSHUA H. STEIN
ATTORNEY GENERAL

Elizabeth Curran O'Brien*
Special Deputy Attorney General
eobrien@ncdoj.gov
N.C. DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, NC 27602
(919) 716-0091

*Counsel of Record District Attorney Defendants-Appellants

For good cause shown herein and with the consent of Plaintiffs-Appellees, North Carolina A. Philip Randolph Institute and Action NC, Defendants-Appellants jointly move the Court to extend the time for filing the Joint Appendix and Opening Brief in this appeal pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27. With this motion, Defendants-Appellants request a forty-five-day (45-day) extension of time within which to file the Joint Appendix and Opening Brief, causing them to be due on or before November 21, 2024.

In support of this Motion, Defendants-Appellants show the following:

1. The Court issued a Briefing Order on August 28, 2024, providing that the Opening Brief and Joint Appendix were due on or before October 7, 2024, the Response Brief due on or before November 6, 2024, and the Reply Brief, if any, due within twenty-one days of service of the Response Brief. Doc. 68.

2. The time for filing the Joint Appendix and Opening Brief has not passed. As noted above, the filings are currently due on October 7, 2024. Doc. 68. Defendants-Appellants have not previously sought any extensions of time within which to file the Joint Appendix and Opening Brief.

3. During the time allotted for undersigned counsel to prepare the Joint Appendix and Opening Brief and at the time of filing this Motion for Extension, they have had and will continue to have several work assignments that require their attention in addition to the brief.

4. Mr. Steed and Ms. Babb are the primary litigation attorneys for the North Carolina State Board of Elections. Together, or on teams with other attorneys in the North Carolina Attorney General's Office, they handle all the State Board's civil litigation, including emergency election matters that typically arise two to three months prior to a presidential election. During the time allotted to prepare the Joint Appendix and Opening Brief in the present case and at the time of filing this motion, Mr. Steed and Ms. Babb's work assignments include but are not limited to the following:

  a. Preparation and filing of Defendants' Motion to Dismiss and to Transfer divisions filed on August 30, 2024, in the matter of *McDaniel v. NC State Board of Elections, et al.*, 24CV023347-910 (Wake Co. Dist. Ct.);

  b. Preparation and filing of Defendants' Response to a Motion for Temporary Restraining Order, on September 4, 2024; preparation for

and participation in the hearing on the TRO, held September 5; preparation and filing of Defendants' Response to Petition for Writ of Supersedeas on September 5; preparation and filing of Defendants' Petitions for Discretionary Review and for Writ of Supersedeas on September 6, all in *Robert F. Kennedy, Jr. v. N.C. State Board of Elections, et al.*, Nos. 24CV027757-910 (Wake Co. Super. Ct.), P24-624 (N.C. Ct. App.), 235P24 (N.C. Sup. Ct.);

c. Ongoing discovery, including four depositions in September 2024 in *Democracy NC, et al. v. Hirsch, et al.,* No. 1:23-CV-878-TDS-JEP (M.D.N.C.);

d. Motions hearing on September 30, 2024, in *Norton v. N.C. State Board of Elections*, NO. 22 CVS 15236-910 (Wake Co. Super. Ct.).

e. Preparation of responses to pleadings and/or motions filed against the North Carolina State Board of Elections and seeking relief prior to the November 5, 2024 general election in the matters of

   i. *Hogarth v. N.C. State Board of Elections, et al.,* No. 5:24-cv-00481-FL (E.D.N.C.), complaint filed August 28, 2024;

   ii. *North Carolina Republican Party, et al. v. North Carolina State*

- 3 -

        *Board of Elections, et al.*, 24CV026820-910 (Wake Co. Super, Ct.), complaint filed August 22, 2024;

   iii. *Republican National Committee, et al. v. North Carolina State Board of Elections, et al.*, 24CV026995-910 (Wake Co. Super. Ct.), complaint filed August 23, 2024;

   iv. *United Sovereign Americans, Inc., et al. v. North Carolina State Board of Elections, et al.*, 24-cv-500 (EDNC), petition filed August 28, 2024; and

   v. *Wasserberg, et al v. North Carolina State Board of Elections, et al.*, 24CV027855-910 (Superior Court of Wake County), petition filed September 3, 2024.

5. Independent of her duties as an attorney representing the State Board of Elections, Ms. Babb also has a state's brief due in *State v. Nance,* No. 24-487 (N.C. Ct. App.), on September 18, 2024.

6. During the time allotted to prepare the Joint Appendix and Opening Brief in the present case and at the time of filing this motion, Ms. O'Brien's work assignments include but are not limited to the following:

   a. Preparation and filing of the North Carolina Supreme Court,

the North Carolina Court of Appeals, and Mecklenburg County Superior Court's Motion to Dismiss filed on September 10, 2024, in the matter of *Das v. North Carolina Supreme Court, et al*, No. 3:24-cv-00595-FDW-DCK (W.D.N.C.);

b. Preparation and filing of District Attorney Lorrin Freeman's response to Motion to Compel filed on September 11, 2024, in the matter of *Jean-Laurent v. Hunt, et al.*, No. 5:23-ct-03231-FL (E.D.N.C.);

c. Preparation of District Attorney Lorrin Freeman's responses to Plaintiff's Motion for Injunctive Relief and Complaint, due September 18, 2024 in the matter of *Hogarth v. Brinson Bell, et al.*, No. 5:24-cv-00481-FL (E.D.N.C.);

d. Motions hearing on September 17, 2024 in *Gittens v. Archie*, No. 24CV021790-590 (Mecklenburg Co. Super. Ct.);

e. Preparation of response to pleading on behalf of Judge Carolina Burnette and Granville County Clerk of Court, due September 27, 2024 in *Tebib v. Burnette*, No. 24CV001860-380 (Granville Co. Super. Ct.);

    f. Preparation of Appellee brief on behalf of Magistrate Robinson and Assistant District Attorney Kenney due October 9, 2024 in the matter of *Price v. Yuengling, et al.*, No. 24-522 (N.C. Ct. App.);

    g. Compliance with multiple pre-trial deadlines on behalf of Magistrate Holly Smith in the matter of *Wall v. Gulledge, et al.*, No. 1:22-cv-00031-WO-JLW (M.D.N.C.), with a trial setting of October 21, 2024; and

    h. Ongoing discovery *in Courthouse News Service v. Boyce, et al.*, No. 5:23-cv-00280-FL (E.D.N.C.), including depositions scheduled for September 24; and dispositive motions due November 1, 2024.

    i. Independent of her duties as an attorney representing the District Attorneys, Ms. O'Brien also has a state's brief due in State v. Lawrence, No. 24-558 (N.C. Ct. App.), on September 17, 2024.

7. In addition, undersigned counsel, Mr. Steed, will be out of the office on vacation for a week during the time allotted to prepare the Joint

- 6 -

Appendix and Opening Brief, from September 16 until September 20, 2024.

8. In accordance with Local Rule 27(a), undersigned counsel spoke with counsel for Plaintiffs-Appellees, Mr. Jeffrey Loperfido, who stated on behalf of his clients that he consents to the granting of this motion.

**WHEREFORE**, with the consent of Plaintiffs-Appellees, Defendants-Appellants respectfully request that the Court extend the time to file the Joint Appendix and Opening Brief in this action by forty-five (45) days, up to and including November 21, 2024.

Respectfully submitted, this the 12th day of September, 2024.

> JOSHUA H. STEIN
> Attorney General
>
> /s/ Terence Steed
> Terence Steed
> Special Deputy Attorney General
> N.C. State Bar No. 52809
> Email: tsteed@ncdoj.gov
>
> Mary Carla Babb
> Special Deputy Attorney General
> N.C. State Bar No. 25731
> Email: mcbabb@ncdoj.gov
>
> N.C. Department of Justice
> Post Office Box 629
> Raleigh, NC 27602
> Telephone: (919) 716-6567
> Facsimile: (919) 716-6763

*Counsel of Record for*
    *Defendant-Appellees*

JOSHUA H. STEIN
Attorney General

/s/ Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
Email: eobrien@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0091
Facsimile: (919) 716-6755

*Counsel for District Attorney*
    *Defendants-Appellants*