

JEFF JACKSON
ATTORNEY GENERAL

TERENCE STEED
SPECIAL LITIGATION SECTION
TSTEED@NCDOJ.GOV

March 14, 2025

**VIA ECF**
The Honorable Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

      RE:    A. Philip Randolph Institute, et al. v. NC State Board of Elections, et al.
                 No. 24-1512

Dear Ms. Anowi:

    I represent the North Carolina State Board of Elections, its executive director, and members, who are Defendants-Appellants in the above-captioned case. I write to inform the Court of events that affect the composition of the parties on appeal.

    This lawsuit named as defendants each of the five members of the State Board of Elections, who are state officers sued in their official capacities. Since the commencement of this lawsuit, three of those officials have been succeeded in office.

    Federal Rule of Civil Procedure 25(d) provides that public officials sued in their official capacities are automatically substituted by their successor in office. Applying this rule, the following State Board members are automatically substituted:

- Alan Hirsch, Chair of the North Carolina State Board of Elections, for former Chair Damon Circosta;

- Kevin N. Lewis, member of the North Carolina State Board of Elections, for former member Tommy Tucker; and

- Siobhan O'Duffy Millen, member of the North Carolina State Board of Elections, for former member Stella Anderson.

I respectfully request that the court's docket and case caption be modified to reflect these changes.

Respectfully,

JEFF JACKSON
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809

TS/mk

cc:     All counsel of record via ECF