FILED:  September 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1512
(1:20-cv-00876-LCB-JLW)

_____

NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE; ACTION NC

Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; FRANCIS X. DE
LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF
ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as
MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, III, in
his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
SAM HAYES, in her official capacity as EXECUTIVE DIRECTOR OF THE
STATE BOARD OF ELECTIONS; STACY "FOUR" EGGERS, IV, in his
official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
ROBERT RUCHO, in his official capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; JEFF CRUDEN, in his official capacity as DISTRICT
ATTORNEY FOR PROSECUTORIAL DISTRICT 1; THOMAS D. ANGLIM, in
his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 2; KIM SCOTT, in her official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 7; JEFF MARSIGLI, in his official capacity
as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 8; FARIS
DIXON, in his official capacity as DISTRICT ATTORNEY FOR
PROSECUTORIAL DISTRICT 3; MATTHEW DELBRIDGE, in his official
capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 9;
MATTHEW WAREHAM, in his official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 4; NANCY LORRIN FREEMAN, in her
official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 10; ERNEST LEE, in his official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 5; MICHAEL WATERS, in his official
capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 11;

JASON SMITH, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 6; SUZANNE MATTHEWS, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 12; JASON WALLER, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 13; MATTHEW C. SCOTT, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 20; WILLIAM R. WEST, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 14; JAMIE ADAMS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 21; JONATHAN M. DAVID, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 15; KATY GREGG, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 22; SATANA DEBERRY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 16; TIM WATSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 23; SEAN BOONE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 17; AVERY CRUMP, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 24; JEFFERY NIEMAN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 18; ASHLIE SHANLEY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 25; SPENCER MERRIWEATHER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 26; SARAH M. KIRKMAN, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 32; BRANDY COOK, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 27; GARRY W. FRANK, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 33; T. LYNN CLODFELTER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 28; TOM E. HORNER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 34; MICHAEL K. HARDIN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 29; ROBERT S. BANKS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 35; TREY ROBISON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 30; SCOTT REILLY, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 36; JAMES R. O'NEILL, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 31; ANDREW M. GREGSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 37; TRAVIS PAGE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 38; ASHLEY HORNSBY WELCH, in her

official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 43; MICHAEL W. MILLER, in his official capacity as DISTRICT
ATTORNEY FOR PROSECUTORIAL DISTRICT 39; TODD M. WILLIAMS,
in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 40; TED BELL, in his official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 41; ANDREW MURRAY, in his official
capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 42

       Defendants - Appellants

-----------------------

O R D E R

-----------------------

The court substitutes FRANCIS X. DE LUCA for ALAN HIRSCH, in his

official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; SAM

HAYES for KAREN BRINSON BELL, in his official capacity as EXECUTIVE

DIRECTOR OF THE STATE BOARD OF ELECTIONS; ROBERT RUCHO for

KEVIN N. LEWIS, in his official capacity as MEMBER OF THE STATE

BOARD OF ELECTIONS; MATTHEW WAREHAM for SCOTT THOMAS, in

his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL

DISTRICT 4; JASON WALLER for SUSAN DOYLE, in his official capacity as

DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 13 as  parties to

this proceeding.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk