FILED: October 6, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1512
(1:20-cv-00876-LCB-JLW)

———————————

NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE; ACTION NC

Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; FRANCIS X. DE
LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF
ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as
MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, III, in
his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
SAM HAYES, in his official capacity as EXECUTIVE DIRECTOR OF THE
STATE BOARD OF ELECTIONS; STACY "FOUR" EGGERS, IV, in his
official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
ROBERT RUCHO, in his official capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; JEFF CRUDEN, in his official capacity as DISTRICT
ATTORNEY FOR PROSECUTORIAL DISTRICT 1; THOMAS D. ANGLIM, in
his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 2; KIM SCOTT, in her official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 7; JEFF MARSIGLI, in his official capacity
as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 8; FARIS
DIXON, in his official capacity as DISTRICT ATTORNEY FOR
PROSECUTORIAL DISTRICT 3; MATTHEW DELBRIDGE, in his official
capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 9;
MATTHEW WAREHAM, in his official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 4; NANCY LORRIN FREEMAN, in her
official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 10; ERNEST LEE, in his official capacity as DISTRICT ATTORNEY

FOR PROSECUTORIAL DISTRICT 5; MICHAEL WATERS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 11; JASON SMITH, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 6; SUZANNE MATTHEWS, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 12; JASON WALLER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 13; MATTHEW C. SCOTT, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 20; WILLIAM R. WEST, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 14; JAMIE ADAMS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 21; JONATHAN M. DAVID, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 15; KATY GREGG, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 22; SATANA DEBERRY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 16; TIM WATSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 23; SEAN BOONE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 17; AVERY CRUMP, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 24; JEFFERY NIEMAN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 18; ASHLIE SHANLEY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 25; SPENCER MERRIWEATHER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 26; SARAH M. KIRKMAN, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 32; BRANDY COOK, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 27; GARRY W. FRANK, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 33; T. LYNN CLODFELTER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 28; TOM E. HORNER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 34; MICHAEL K. HARDIN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 29; ROBERT S. BANKS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 35; TREY ROBISON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 30; SCOTT REILLY, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 36; JAMES R. O'NEILL, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 31; ANDREW M. GREGSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 37;

TRAVIS PAGE, in his official capacity as DISTRICT ATTORNEY FOR
PROSECUTORIAL DISTRICT 38; ASHLEY HORNSBY WELCH, in her
official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 43; MICHAEL W. MILLER, in his official capacity as DISTRICT
ATTORNEY FOR PROSECUTORIAL DISTRICT 39; TODD M. WILLIAMS,
in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL
DISTRICT 40; TED BELL, in his official capacity as DISTRICT ATTORNEY
FOR PROSECUTORIAL DISTRICT 41; ANDREW MURRAY, in his official
capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 42

> Defendants - Appellants

---

## M A N D A T E

---

The judgment of this court, entered September 12, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*